UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  13-22229-CIV-MARTINEZ-MCALILEY

NAYADE RODRIGUEZ,

       Plaintiff,

vs.

THE DOMESTIC & FOREIGN MISSIONARY
SOCIETY OF THE PROTESTANT
EPISCOPAL CHURCH IN THE UNITED
STATES OF AMERICA,

       Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal with

Prejudice **(D.E. No. 21)**.  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**.  Each party shall bear its

own attorneys' fees and costs  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this

case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of February, 2014.

                                                                     _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record